**Kenya GAYLES, Petitioner–Appellant,**

v.

**D.K. SISTO, Respondent–Appellee.**

**No. 10–15696.**

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed May 5, 2011.

Kenya Gayles, Los Angeles, CA, pro se.

Michael G. Lagrama, AGCA–Office of the California Attorney General, San Francisco, CA, Robert C. Cross, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

California state parolee Kenya Gayles appeals pro se from the district court's order dismissing his 28 U.S.C. § 2254 ha-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

beas petition. We have jurisdiction under 28 U.S.C. § 2253, and dismiss the appeal as moot.

Contending that an allegedly improper 2006 disciplinary action made it more likely that he would be denied parole, Gayles sought expungement of the disciplinary action against him. While his appeal was pending, Gales was released from state custody. Since Gales has been released on parole, his petition is moot. *See Munoz v. Rowland,* 104 F.3d 1096, 1097–98 (9th Cir. 1997). All pending motions are denied as moot.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.